UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>AADI DOODLES LLC, a Nevada Limited Liability Company; AADI DOODLES LLC (Branch), a California Limited Liability Company; ANGELINE M. MELWANI, an Individual; KIRAN H. MELWANI, an Individual,<br><br>Defendants. | CASE NO.: 2:21-cv-07501-JFW-GJSx<br><br>**ORDER RE PERMANENT INJUNCTION** |

WHEREAS Plaintiff Chrome Hearts LLC ("Chrome Hearts" or "Plaintiff") has filed a Complaint in this action against Defendants Aadi Doodles LLC, Aadi Doodles LLC (branch), Angeline M Melwani, and Kiran H Melwani (collectively "Defendants"), alleging Trademark Infringement, False Designations of Origin, Common Law Trademark Infringement and Unfair Competition, all allegedly arising from Defendants' manufacture, production, distribution, promotion, advertisement, offering for sale, and/or sale of certain products bearing confusingly similar

reproductions of one or more of the Chrome Hearts Marks (attached hereto and incorporated herein as <u>Exhibit A</u>) (such products will hereinafter be referred to as "Accused Products."). Exemplar photographs of Accused Products are shown in ¶ 27 of the Complaint and reproduced below for reference:

  

 

***Exemplary Accused Products***

WHEREAS the parties have entered into a Settlement Agreement and Mutual Release to fully resolve all of the claims in this action among the parties;

WHEREAS without any admission of liability, Defendants have agreed to consent to the below terms of a permanent injunction, **IT IS HEREBY ORDERED** that:

1. Defendants and their agents, servants, employees and all entities and/or persons in active concert and participation with Defendants are hereby permanently

restrained and enjoined from infringing upon the Chrome Hearts Marks in Exhibit A, including, but not limited to:

    a.   manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling the Accused Products or any other products which bear the Chrome Hearts Marks and/or any marks confusingly similar thereto;

    b.   engaging in any other activity constituting unfair competition with Chrome Hearts, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with Chrome Hearts; and

    c.   committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendants are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Chrome Hearts.

WHEREAS the parties have further agreed as follows, and **IT IS HEREBY FURTHER ORDERED** that:

2. This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3. The parties' Stipulation to and entry of this Order shall serve to bind and obligate the parties hereto.

4. Upon satisfaction of other obligations set forth in the Settlement Agreement and Mutual Release, the parties will stipulate to, and Plaintiff will file a separate *Dismissal with Prejudice of the Civil Action*.

/ / /

/ / /

/ / /

/ / /

/ / /

5. The jurisdiction of this Court is retained for the purpose of enforcing or modifying the Permanent Injunction granted by this Order.

**IT IS SO ORDERED.**

DATED: March 16, 2022

_____
Honorable John F. Walter
**United States District Judge**

**EXHIBIT A**

| Mark | U.S. Reg. No. | Relevant Goods |
|---|---|---|
| (cross design) | 4,619,674 | 025: Clothing; Namely, Shirts, Trousers, Jackets, Vests, Chaps, Men's and Women's Underwear, Coats, Clothing Belts, Gloves and Boots. |
| (floral cross design) | 3,388,911 | 025: Clothing; Namely, Shirts, Trousers, Jackets, Vests, Chaps, Men's and Women's Underwear, Coats, Clothing Belts, Gloves and Boots. |